UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DARLA MARSHALL, Administratrix of the Estate of JAMES FRANKLIN MARSHALL, and Individually, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 08-cv-320-JPG ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice and without costs.

**DATED: October 7, 2008**　　　　　　　　　　　　　　**NORBERT JAWORSKI**

　　　　　　　　　　　　　　　　　　　　　　　　　　**By:s/Deborah Agans,**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**


**Approved:**　s/ J. Phil Gilbert
　　　　　　　**J. PHIL GILBERT**
　　　　　　　**DISTRICT JUDGE**